UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00569(1)-DAE |
| | § | |
| (1) George J. Jastroch | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 23, 2026, wherein the defendant Jastroch waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jastroch to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Jastroch's plea of guilty to Count 14, 23, and 29 of the Indictment is accepted.

Signed this 27th day of July, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE